# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| GABRIEL LEONARD | CIVIL ACTION NO. 17-0650 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JEREMIAH LEONARD, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that any federal claims asserted by Plaintiff are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any state claims asserted by Plaintiff are **DISMISSED WITHOUT PREJUDICE.**

**MONROE, LOUISIANA, this 5th day of September, 2017.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE